HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
JOSEPH FAIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-CR-0214 MCE |
|---|---|
| Plaintiff, | ) |
| vs. | ) **REQUEST TO APPOINT** </br> ) **COUNSEL; ORDER** |
| JOSEPH FAIR, | ) |
| Defendant. | ) Judge:  Hon. Carolyn K. Delaney |

Joseph Fair respectfully asks that the Court appoint the Office of the Federal Defender to represent him in regard to a motion for early termination of supervised release.  Mr. Fair contacted the Federal Defender for assistance last summer at the suggestion of his probation officer after filing a motion *pro se* in the District of Alaska, where his case originated.  The District Judge in Alaska denied the motion under the mistaken

-1-

belief that jurisdiction had been transferred to the Eastern District of California.  The transfer, initiated in the summer, occurred last week.

Mr. Fair has completed a financial affidavit showing that he qualifies for appointed counsel.  The Federal Defender's Office respectfully requests appointment to represent Mr. ~~Stewart~~ Fair.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  November 19, 2015        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender

### O R D E R

IT IS HEREBY ORDERED that the Federal Defender is appointed to represent Mr. Fair pursuant to 18 U.S.C. § 3006A.

Dated:  November 20, 2015        _____
                                 CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE