HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
JOSEPH FAIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0214 MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| JOSEPH FAIR, | |
| Defendant. | Date:   December 10, 2015<br>Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Joseph Fair, that the Court should grant Mr. Fair's motion filed November 20, 2015 (docket no. 6) to terminate supervised release.  Should the Court adopt this stipulation, the parties agree that the hearing on the motion (scheduled for December 10, 2015) may be vacated.

Counsel for the United States reviewed the motion and advised defense counsel that the government is willing to stipulate to early termination of Mr. Fair's supervised release.  As noted in the motion, the probation office also supports early termination of

supervision in light of Mr. Fair's progress under supervision, as documented in the motion and supporting exhibits. Consequently, the parties ask the Court to grant the motion and vacate the scheduled hearing.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  December 4, 2015     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JOSEPH FAIR

BENJAMIN WAGNER
United States Attorney

Dated:  December 4, 2015     /s/ T. Zindel for R. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

# O R D E R

Defendant's motion for early termination of supervised release is GRANTED. The term of supervised release imposed in District of Alaska case 3:10-CR-0003 HRH (now before this Court as case 2:15-CR-0214 MCE) is terminated in light of Mr. Fair's progress under supervision. The hearing scheduled for December 10, 2015, is vacated.

IT IS SO ORDERED.

Dated:  December 8, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT